[No. 17276-3-II.   Division Two.   August 2, 1995.]

OAKES LOGGING, INC., *Respondent*, v. GREEN CROW
PARTNERSHIP, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 89-2-00583-5, William Knebes, J. Pro Tem., entered October 23, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.

[No. 17390-5-II.   Division Two.   August 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN A.
PENALOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-04337-0, Thomas R. Sauriol, J., entered July 12, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 17563-1-II.   Division Two.   August 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA
LUISE REDDICK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00886-6, Donald H. Thompson, J., entered August 31, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.